IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–02395–KMT

MARK STEVEN WHITE BULL, JR.,

    Plaintiff,

v.

G. JENSEN (BADGE #1422),
R. ULIBARRI (BADGE #2285), and
CHIEF ROBERT REARDON,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 27) of Magistrate Judge Kathleen M. Tafoya entered on January 31, 2022, it is

**ORDERED** that the "Motion to Dismiss Prisoner Complaint" from Defendants Reardon and Jensen (Doc. No. 18), is **GRANTED**. Plaintiff's claims against Defendants Reardon and Jensen are dismissed with prejudice for failure to state a claim upon which relief can be granted, and Defendant Reardon is granted qualified immunity on the claims for money damages asserted against him in his individual capacity; it is further

**ORDERED** that the Order to Show Cause (Doc. No. 23) is made absolute. Plaintiff's claims against Defendant Ulibarri are dismissed without prejudice; it is further

**ORDERED** that judgment shall enter in favor of the defendants and against the plaintiff

on all claims for relief and causes of action asserted in this case. It is further

**ORDERED** that the defendants are awarded their costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

**ORDERED** that this case is **CLOSED**.

Dated this 31st day of January, 2022.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ E. Lopez Vaughan
Deputy Clerk